UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINA RODRIGUEZ, et al., | Civ. No. S-13-1179 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| TACO BELL CORP., | |
| Defendant. | |

This matter is referred to Magistrate Judge Stanley A. Boone for a special status conference on the notice of related cases, filed in this action and in *In re Taco Bell*, Civ. No. F-07-1314 SAB.

IT IS SO ORDERED

DATED: August 19, 2013.

_____
UNITED STATES DISTRICT JUDGE

1