# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINA RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TACO BELL CORP.,<br><br>　　　　Defendant. | Old Case No.　　2:13-cv-01179-SAB<br>New Case No.　1:13-cv-01498-SAB<br><br>ORDER TRANSFERRING THIS CASE TO THE FRESNO DIVISION |

On September 17, 2013, this case was assigned to United States Magistrate Judge Stanley A. Boone for all purposes. (ECF No. 29.) Since Judge Boone sits in the Fresno Division of this Court, this case is transferred from the Sacramento Division to the Fresno Division of the Eastern District of California.

The parties shall take note that the new case number for this case shall be **1:13-cv-01498-SAB**. All documents filed hereafter shall bear this new case number.

Based upon the foregoing, it is HEREBY ORDERED that this case is transferred to the Fresno Division of the Eastern District of California.

IT IS SO ORDERED.

Dated:　**September 18, 2013**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1