# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINA RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TACO BELL CORP.,<br><br>　　　　Defendant. | Case No.  2:13-cv-01179-SAB<br><br>ORDER DENYING COUNSEL'S REQUEST TO WITHDRAW AND DIRECTING PLAINTIFF TO FILE NOTICE IN CORRECT CASE<br><br>(ECF No. 31) |

This action was removed by Defendant from Solano County Superior Court to the Sacramento Division of the Eastern District of California on June 12, 2103.  On September 17, 2013, the case was transferred to the Fresno Division of the Eastern District of California and assigned case number 1:13-cv-01498-SAB.  On January 31, 2014, a notice of withdrawal of counsel was filed in this case.

Accordingly, the request for withdrawal of counsel is HEREBY DENIED; and counsel is DIRECTED to file the notice of withdrawal in case no. 1:13-cv-01498-SAB.

IT IS SO ORDERED.

Dated:   **February 3, 2014**　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1